Antonio SAUNDERS, Plaintiff—
Appellant,

v.

Malissa STEVENS–SAUNDERS; Capi-
tal One Home Loans; Jason McKin-
ney, Capital One Agent; Countrywide
Home Loans; Lawyers Title Realty
Service, Defendants—Appellees.

No. 08–6538.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 9, 2008.

Decided: June 6, 2008.

Antonio Saunders, Appellant Pro Se.
Adela Bashir Parvaiz, Travis Aaron Saba-
lewski, Reed Smith, LLP, Richmond, Vir-
ginia, for Appellees.

Before MICHAEL, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district
court's order dismissing this civil action for
want of subject matter jurisdiction pursu-
ant to 28 U.S.C. § 1915(e)(2)(B) (2000).
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Saunders v. Stevens–Saunders,* No. 1:08–
cv–00169–LMB–TCB (E.D. Va. filed Mar.
24, 2008; entered Mar. 27, 2008). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*